1

2

3

4

5

6

7

8              UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   ANDRE LASHAUN THOMPSON,              No. 2:19-cv-02565-DAD-DMC (PC)

12             Plaintiff,

13        v.                             ORDER ADOPTING FINDINGS AND
                                         RECOMMENDATIONS AND GRANTING
14   R. OMARI, et al.,                   DEFENDANTS' UNOPPOSED MOTION
                                         FOR SUMMARY JUDGMENT
15             Defendants.
                                         (Doc. No. 35, 40)
16

17        Plaintiff Andre LaShaun Thompson is a state prisoner proceeding *pro se* and *in forma*

18   *pauperis* in this civil rights action under 42 U.S.C. § 1983.  The matter was referred to a United

19   States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20        On July 27, 2023, the assigned magistrate judge issued findings and recommendations

21   recommending that defendants' unopposed motion for summary judgment (Doc. No. 35) be

22   granted because the undisputed evidence before the court established that neither defendant Dr.

23   Rudas nor defendant Nurse Omari were deliberately indifferent to plaintiff's medical needs.

24   (Doc. No. 40 at 9–10.)  The pending findings and recommendations were served on the parties

25   and contained notice that any objections thereto were to be filed within fourteen (14) days after

26   service.  (*Id.* at 10.)  No objections have been filed, and the time in which to do so has now

27   passed.

28   /////

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(B) and Local Rule 304, the court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and proper analysis.

Accordingly:

1.    The findings and recommendations issued on July 27, 2023 (Doc. No. 40) are adopted in full;

2.    Defendants' motion for summary judgment (Doc. No. 35) is granted;

3.    Judgment shall be entered in favor of defendants; and

4.    The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:    **September 24, 2023**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

2